**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Fredrick Jerome YOUNG, also known as Jerome Young, Defendant—Appellant.**

No. 05–30515.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 28, 2006.

John Joseph Lulejian, Esq., USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rita J. Griffith, Esq., Griffith & Cole, Seattle, WA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

## MEMORANDUM **

Fredrick Jerome Young appeals from the district court's order revoking his supervised release and imposing a 9–month term of imprisonment.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Young has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed.

Our independent review of the record and opening brief pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the appeal is moot because Young has already served his entire post-revocation sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

Accordingly, we **GRANT** counsel's motion to withdraw and **DISMISS** the appeal.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).